UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOJITOS GUATEMALTECOS LLC, et al.,<br><br>Defendants. | Case No. 24-cv-00275-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 11 |

The parties have advised the Court that they have settled this matter. Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 90 days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no party notifies the Court of the need to place the matter back on calendar within 90 days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 22, 2024

_____
SALLIE KIM
United States Magistrate Judge